FRED E. GRAY *v.* JOHN C. COLVIN.

January Term, 1922.

Present:  WATSON, C. J., POWERS, TAYLOR, MILES, and SLACK, JJ.

Opinion filed February 9, 1922.

APPEAL IN CHANCERY.  Bill to establish the title to, and ownership of, a certain tract of mountain land.  Heard on the report and supplemental report of a special master, and the exceptions thereto, at the March Term, 1921, Rutland County, *Moulton,* J., presiding.  Decree for the plaintiff.  The defendant appealed.

*C. V. Poulin* for the defendant.

*Walters S. Fenton* for the plaintiff.

POWERS, J.  This case is between the same parties and involves the same questions as *Colvin* v. *Gray, ante* p. 518.  The decision and decree are controlled by that case.

*Decree affirmed, and cause remanded.*